IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARLA C. ELLIS, :
    Plaintiff :
     :
  vs. : CIVIL NO. 1:CV-15-2329
     :
PENNSYLVANIA DEPARTMENT OF : (Judge Caldwell)
CORRECTIONS, and JOHN E. :
WETZEL, in his official capacity as the :
Secretary of Corrections, :
    Defendants

*O R D E R*

AND NOW, this 10th day of May, 2017, upon consideration of Defendants' motion (Doc. 39) for summary judgment, it is ordered that:

   1. The motion (Doc. 39) is granted.

   2. The Clerk of Court shall enter judgment against Plaintiff and in favor of Defendants on all Plaintiff's claims in the second amended complaint.

   3. The Clerk of Court shall close this file.

                          /s/William W. Caldwell
                          William W. Caldwell
                          United States District Judge